1  **SAO**
   **COGBURN LAW OFFICES**
2  Jamie S. Cogburn, Esq.
   Nevada State Bar No. 8409
3  jsc@cogburnlaw.com
4  Joseph J. Troiano, Esq.
   Nevada State Bar No. 12505
5  jtroiano@cogburnlaw.com
   2580 St. Rose Parkway, Suite 330
6  Henderson, Nevada 89074
7  Telephone (702) 384-3616
   Facsimile (702) 943-1936
8  *Attorneys for Plaintiff*

9              **UNITED STATES DISTRICT COURT**

10             **DISTRICT COURT OF NEVADA**

11 MARIA SALAZAR,

12                          Plaintiff,

13        vs.

14 TARGET  CORPORATION,  a  foreign
   corporation; DOE Individuals 1-10; DOE
15 Employees 11-20; and ROE Corporations
   21-30;

16

17                          Defendants.

Case Number:
2:18-cv-01039-MMD-GWF


**STIPULATION AND ORDER FOR
INDEPENDENT MEDICAL EXAM**

18        Come now the Parties and Stipulate and agree as follows. The Defendant has requested,

19 and Plaintiff has agreed to undertake, an independent medical exam ("IME") under the

20 conditions outlined below:

21 1.     The examiner will treat the Plaintiff with respect.

22 2.     On December 17, 2018 at 1:30 p.m., which is thirty minutes prior to the scheduled NRCP

23 35 Examination, the Plaintiff will present to the Offices of Nevada Orthopedic & Spine Center,

24

25 located at 7455 W. Washington Avenue, Suite 160, Las Vegas, Nevada 89128, for the

26 examination by Dr. Rimoldi.  The Plaintiff will present at said time and place with a fully

27 completed Informed Consent Form and Nevada Orthopedic & Spine Center Medical History

28

**COGBURN LAW OFFICES**
2580 St. Rose Pkwy., Ste. 330, Henderson, NV 89074
Phone: (702) 748-7777 | Fax: (702) 966-3880

COGBURN LAW OFFICES
2580 St. Rose Pkwy., Ste. 330, Henderson, NV 89074
Phone: (702) 748-7777 | Fax: (702) 966-3880

form, both forms having previously been provided to Plaintiff's counsel. Any additional paperwork should be provided to Plaintiff's Counsel at least 10 days in advance of the examination.

3. The examiner will retain all handwritten notes, e-mails, sent and received, and all documents generated or received, including draft reports, related to the examination.

4. No later than 14 days following receipt of the examiner's report by Defense Counsel, Defense Counsel will provide a copy of this report to Plaintiff's counsel.

5. The examiner will not speak with or attempt to engage any family member or friend who may accompany the Plaintiff to the examination.

6. The examiner will accurately report the findings and test results.

7. Neither defense counsel, nor plaintiff's counsel, nor any other representatives, will attend the examination.

8. The examination will not last longer than 90 minutes unless extraordinary circumstances are presented to Plaintiff's Counsel in writing at least 10 days prior to the examination setting forth the justification for additional time.

9. The Plaintiff will not be required to wait in the examiner's waiting room for longer than 60 minutes before commencement of the examination.

10. Liability questions may not be asked by the examining physician or any agent or representative of the examining physician.

11. No x-rays or radiographs may be obtained during the examination. If additional film studies are necessary for the examination, please detail in writing why such studies are necessary and the protocol for conducting such radiographic studies, and the issue may be revisited.

COGBURN LAW OFFICES
2580 St. Rose Pkwy., Ste. 330, Henderson, NV 89074
Phone: (702) 748-7777 | Fax: (702) 966-3880

12.     If the examining physician subjects the Plaintiff to physically intrusive or painful procedures, the Plaintiff reserves the right to immediately terminate the examination and contact the Discovery Commissioner.

13.     No invasive procedures are allowed.

14.     The Plaintiff will not be required to disrobe from the waist down during the examination. No "waist up" disrobement will be required unless the DME determines that such disrobement is crucial to conducting the examination, and the examiner requires his own patients to disrobe for similar orthopedic examinations.  Any disrobement requirement will be provided in writing at least 10 days prior the examination.

15.     If the examining physician is the opposite sex as the Plaintiff, a medical assistant of the same sex will be required to be present at all times during the examination.

16.     The examining physician will not contact Plaintiff's treating healthcare providers to discuss Plaintiff's treatment.

17.     The examiner acknowledges that his deposition may be taken in this case, and he will reasonably cooperate with the scheduling of his deposition.

18.     The examiner will not have provided any verbal opinions following a records review to Defendant's Counsel, prepared any written report for Defendant's Counsel, or formed any

…

…

…

…

…

…

…

opinions regarding the nature, extent or causation of Plaintiff's injuries prior to conducting the

examination.

IT IS SO STIPULATED:

DATED this 7th day of December, 2018.          DATED this 7th day of December, 2018.

**COGBURN LAW OFFICES**                         **PERRY & WESTBROOK, P.C.**


By: */s/ Joseph J. Troiano, Esq.*               By: */s/ Alan W. Westbrook, Esq.*
Jamie S. Cogburn, Esq.                           Alan W. Westbrook, Esq.
Nevada Bar No. 8409                              Nevada Bar No. 06167
Joseph J. Troiano, Esq.                          1701 West Charleston Boulevard, Suite 200
Nevada Bar No. 12505                             Las Vegas, Nevada 89102
2580 St. Rose Parkway, Suite 330                 *Attorney for Defendant*
Henderson, Nevada 89074
*Attorneys for Plaintiff*


## ORDER

IT IS SO ORDERED.

Dated this 10th day of December, 2018.

_____
**UNITED STATES MAGISTRATE JUDGE**

SUBMITTED BY:

**COGBURN LAW OFFICES**


*/s/ Joseph J. Troiano, Esq.*
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Joseph J. Troiano, Esq.
Nevada Bar No. 12505
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
*Attorneys for Plaintiff*

COGBURN LAW OFFICES
2580 St. Rose Pkwy., Ste. 330, Henderson, NV 89074
Phone: (702) 748-7777 | Fax: (702) 966-3880