1  ALAN W. WESTBROOK, ESQ.
   Nevada Bar No. 06167
2  PERRY & WESTBROOK, P.C.
   1701 West Charleston Blvd., Suite 200
3  Las Vegas, Nevada 89102
   Telephone: (702) 870-2400
4  Facsimile: (702) 870-8220
   E-Mail: awestbrook@perrywestbrook.com
5  Attorneys for Defendant
   TARGET CORPORATION

6

7

8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

9

10   MARIA SALAZAR, an individual,               )
                                                )
11          Plaintiff,                           )
                                                )
     v.                                          )
12                                               )  CASE NO.: 2:18-cv-01039-MMD-GWF
     TARGET CORPORATION, a foreign               )
13   corporation; DOE Individuals 1-10; DOE      )
     Employees 11-20, and ROE CORPORATIONS       )
14   21-30,                                      )
                                                )
15          Defendants.                          )

16   **STIPULATION AND ORDER TO DISMISS COMPLAINT WITH PREJUDICE**

17        IT IS HEREBY STIPULATED AND AGREED by and between counsel for their

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

respective parties, that the above-entitled action be dismissed with prejudice, each party to bear their own attorney's fees and costs.

DATED this _____ day of February, 2020.

COGBURN LAW OFFICES

Joseph J. Troiano, Esq.
Nevada Bar No.: 12505
Jamie S. Cogburn, Esq.
Nevada Bar No.: 8409
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
jtroiano@cogburnlaw.com
jsc@cogburnlaw.com
Attorneys for Plaintiff

DATED this _____ day of February, 2020.

PERRY & WESTBROOK, P.C.

Alan W. Westbrook, Esq.
Nevada Bar No.: 06167
1701 W. Charleston Blvd., Suite 200
Las Vegas, Nevada 89102
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
E-Mail: awestbrook@perrywestbrook.com
Attorneys for Defendants

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT JUDGE

Dated: February 4, 2020